PETITION OF EARL D. WIMBERLY.

No. 12713.
Decided July 3, 1974.
523 P.2d 853.

ORDER

PER CURIAM:

Petitioner earlier this year filed a petition in the district court complaining about medical treatment, seeking better conditions in the Missoula county jail, where he was then confined, and also complaining about the food. We handled this petition by our memo opinion of March 12, 1974 520 P.2d 785 in which it was denied.

Petitioner now seeks to continue his complaints by way of appeal, though from his present application he is no longer confined in the Missoula county jail but is apparently confined in an institution in Tamal, California. We preceive no merit to the petition and it is denied.